UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11524

_____

In the Matter of: CHUCK SCHNEIDER,

Debtor.

RON ANDREWS, ET AL.,

Appellants,

VERSUS

ALLSTATE INSURANCE COMPANY,

Appellee.
---------------------------------------------
RALPH HEMBREE, ET AL.,

Appellants,

VERSUS

ALLSTATE INSURANCE COMPANY,

Appellee.

_____

Appeal from the United States District Court
for the Northern District of Texas
(4:94-CV-204-Y)

_____

August 22, 1997

Before REYNALDO G. GARZA, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Appellants, Ron Andrews, et al., appeal from a summary

judgment granted in favor of appellee, Allstate Insurance Company,

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

by Judge Terry R. Means, United States District Judge for the Northern District of Texas. Upon listening to oral arguments, reading the briefs and motions of the parties, and extensive review of the record, we find that there is no evidence of any apparent authority upon which the plaintiffs relied.

Accordingly, we AFFIRM the decision of the district court with regard to this issue and all other matters.